CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHAD PENNINGTON (Bar No. 351831)
(E-Mail: Chad_Pennington@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
KENNEDY LINDSEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNEDY LINDSEY,<br><br>　　　　Defendant | Case No. 1:24-cr-00370-CKK-1<br><br>**DEFENDANT'S AMENDED UNOPPOSED TRAVEL MOTION.** |

　　　Defendant, Kennedy Lindsey, respectfully requests to travel abroad, as set forth below, from April 27, 2025, through May 3, 2025, in Switzerland for educational purposes. The undersigned has conferred with Assistant United States Attorney, Sarah Rocha, and the government does not oppose the request. Further, the undersigned has conferred with United States Pretrial Services Officers in both the Central District of California and the District of the District of Columbia, and United States Pretrial Services has indicated it does not object to the request and will defer to the Court's ruling. Ms. Kennedy's deadline to enroll in the Switzerland educational program is Thursday, December 5, 2024. She will have no future opportunity to gain admission to the program after that date.

Ms. Lindsey understands the Court's concern noted in the minute order issued on November 27, 2024. And, if permitted to attend the educational program through a Court order now, Ms. Lindsey <u>would not</u> attend the educational program should the Court schedule *any* in-person proceedings during the educational travel period of April 27, 2025, through May 3, 2025. Rather, she simply, at this juncture, seeks to secure her spot in the program should she be able to attend the program during the relevant dates. Accordingly, Ms. Kennedy submits this amended request. Ms. Lindsey has signed a Speedy Trial waiver attending to the January 27, 2025, status conference.

### **Request**

Ms. Lindsey is currently on pretrial conditional release, residing in the Central District of California and attending university. Her current release conditions preclude her from international travel. Ms. Lindsey would like to travel from her home in California to Switzerland during the period of April 27, 2025, through May 3, 2025, for educational purposes and as part of her current academic coursework at Pepperdine University, in California.

Specifically, Ms. Lindsey is currently enrolled at Pepperdine University in southern California, with a goal of obtaining a Masters Degree in Business. Through her enrollment at Pepperdine University, she has been accepted and placed into an official Global Business Intensive ("GBI") Program in Switzerland from April 27, 2025, through May 3, 2025. Attached as Exhibits A and B are Ms. Lindsey's official placement offer in the Switzerland GBI Program and travel itinerary. *See* Ex. A, B.

The Switzerland-based GBI Program is a valuable academic and professional development programming opportunity for Ms. Lindsey and her academic cohort, which is designed to provide aspiring MBA students with direct exposure to global business practices, systems, and structures. In essence, the GBI Program provides direct training on global business development in a nation, Switzerland, renowned for its orientation to global financial markets and development. Ms. Lindsey has provided a comprehensive description of the program and a proposed itinerary of her travels in Switzerland during

the relevant dates. *See* Ex. A, B. In effect, and as described by Ms. Lindsey:

> The Switzerland GBI Program immerses students in the complexities of global business, focusing on the food and beverage industries' globalization, sustainability, and branding. The program includes visits to internationally recognized organizations such as the United Nations World Food Program Headquarters in Geneva, Nestlé Headquarters in Vevey, Maison Cailler Chocolate Factory, and the Museum of Gruyère.
> Participants will gain insight into the dynamics of global markets, the localization of industries, and the sustainable practices shaping modern business. This experience aims to deepen students' understanding of global economic forces and prepare them to articulate responsible, innovative strategies within their careers.

Ms. Lindsey is a dedicated and high-achieving graduate student at Pepperdine University. She would like to attend the GBI Program to further her professional and academic development. Though short, the GBI Program offers a truly invaluable pedagogic opportunity for Ms. Lindsey.

Ms. Lindsey is aware of her current supervision conditions and to remain in compliance with the same, she understands that the proposed travel for the GBI Program would require Court approval as a modification of her current release conditions. She respectfully seeks permission from the Court to travel to the GBI program in Switzerland from April 27, 2025, through May 3, 2025.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 4, 2024.    By /s/ *Chad Pennington*
CHAD PENNINGTON
Deputy Federal Public Defender

3