# EXHIBIT A
# <u>U.S. v. LINDSEY, et al.</u>

# CASE NO. 1:24-cr-00370-CKK-1

# Defendant's Amended Unopposed Motion



November 18, 2024

To Whom It May Concern,

I am writing to respectfully request permission to travel to Switzerland from April 27th to May 3rd, 2025, to participate in the Pepperdine Graziadio Business School's Global Business Intensive (GBI) Program. I have been accepted into this academic program, which is designed to provide students with firsthand exposure to global business practices and policy frameworks.

**Program Purpose:**

The Switzerland GBI Program immerses students in the complexities of global business, focusing on the food and beverage industries' globalization, sustainability, and branding. The program includes visits to internationally recognized organizations such as the United Nations World Food Program Headquarters in Geneva, Nestlé Headquarters in Vevey, Maison Cailler Chocolate Factory, and the Museum of Gruyère.

Participants will gain insight into the dynamics of global markets, the localization of industries, and the sustainable practices shaping modern business. This experience aims to deepen students' understanding of global economic forces and prepare them to articulate responsible, innovative strategies within their careers.

**Itinerary Overview:**

*The program is still in development; however, a sample itinerary is outlined below to provide an idea of what is planned:*

- **April 27, 2025 (Sunday):** Arrival in Vevey, Switzerland
    - Evening orientation at Pepperdine Château d'Hauteville
- **April 28, 2025 (Monday):** Academic Lectures and Industry Visits
    - Morning: Introduction to global business frameworks
    - Afternoon: Visit to Nestlé Headquarters
- **April 29, 2025 (Tuesday):** Exploration of Sustainability Practices
    - Morning: Visit to the United Nations World Food Program in Geneva

- o   Afternoon: Cultural tour in Lausanne
- **April 30, 2025 (Wednesday):** Focus on Branding and Marketing
    - o   Morning: Visit to Maison Cailler Chocolate Factory
    - o   Afternoon: Tour of the Museum of Gruyère
- **May 1, 2025 (Thursday):** Integration of Learning
    - o   Morning: Group discussions and case studies
    - o   Afternoon: Leisure and exploration of local culture
- **May 2, 2025 (Friday):** Program Highlights
    - o   Morning: Final visits and reflections
    - o   Evening: Farewell dinner at Château d'Hauteville
- **May 3, 2025 (Saturday):** Departure from Vevey

**Why This Matters:**

As a current student of the Pepperdine Graziadio Business School, I am committed to leveraging my education to contribute meaningfully to the global business community. This program offers an unparalleled opportunity to understand the complexities of global markets, sustainability, and branding, all essential to navigating and leading in today's interconnected world. Participating in this GBI will provide invaluable insights and experiences that align with my goal of driving positive change through ethical and informed business practices.

Because the trip is still being finalized, Global Programs has informed me that they will notify me when I can begin making travel arrangements, including booking flights.

Thank you for your consideration of my request. I am happy to provide any additional information or documentation if needed.

Sincerely,

Kennedy Lindsey

Pepperdine Graziadio Business School Student