**EXHIBIT B**
**U.S. v. LINDSEY, et al.**

**CASE NO. 1:24-cr-00370-CKK-1**

**Defendant's Amended Unopposed Motion**



Kennedy Lindsey 'student'

## Placement Offer: Switzerland GBI 2025

**Chloe Weatherill**                                                                        Sun, Nov 17, 2024 at 10:48 PM
To: Kennedy Lindsey

Dear Kennedy,

Congratulations! Based on your application timestamp and the registration priority policy, Global Programs is pleased to offer you a placement on the **Switzerland Global Business Intensive (GBI) program** launching April 27 - May 3, 2025.

Please note that this is a placement offer, NOT a placement guarantee.
Further steps are required to secure your spot in this GBI program. Before you commit to your participation in this program, we want you to be aware of some updated information we have received regarding the accommodations at Pepperdine's Château d'Hauteville in Vevey. Please read the information below carefully and let us know if you have any questions.

### Notes on Accommodations and Single/Shared Rooms:
This program is based at Pepperdine's historic Château d'Hauteville. GBI participants are required to stay at the designated group location.

- Château d'Hauteville Residence Hall: Each participant will have a single room with a private sink at no extra cost. Restrooms will be shared (approximately 4 people per restroom). The shared restroom facilities include private shower rooms and private toilets.

### Next Steps and Notices:

1. Review and Sign the **Liability Release Form**, due **Thursday, November 21** [Required prior to enrollment]

    The Liability Release Form contains detailed information regarding the GBI program policies. By signing this form, you affirm your intent to participate in the GBI program and to comply with the requirements and expectations associated with the travel and academic components.

    The Liability Release Form will be added to your Via TRM application. If you do not receive this document, please contact Global Programs.

2. Submit the **$250 Deposit**, due **Thursday, November 21** [Required prior to enrollment]

Students must submit a non-refundable $250 deposit to secure their GBI placement via credit or debit card on the secure Cashnet platform: https://commerce.cashnet.com/B_SYM-Global_Programs_SPR2025

Failure to submit your deposit by the deadline will forfeit your placement in the GBI program to the next student on the waitlist. Please contact Graziadio Financial Aid if you have any questions about funding this GBI course. Financial Aid is available for currently enrolled students. Note: the deposit, program fee balance, and single room supplement (if applicable) are paid directly to Global Programs, while the 2 units of tuition are paid via WaveNet in accordance with the rates of your degree program and any applicable scholarship/funding programs.

Deposit Refund Policy: The $250 deposit is strictly non-refundable. We use the deposit to secure your seat in the program and to make financial commitments to our vendors.

*To respect those on the waiting list, Global Programs maintains a strict and no-grace policy on the deposit and liability release form submission deadlines.*

3. Academic Enrollment & Orientation Schedule

Once you have completed the steps required to secure your spot on the GBI, you will be enrolled in the 2-unit course by the Academic Programs Office for your program. You do not need to enroll in the PGBS 693/485 course on WaveNet.

Mark your calendar with the mandatory orientation and first class session, which will be held on **Saturday, February 22, 2025 from 9 am - 2 pm (location/modality TBC).** More details will be shared after enrollment. This session is mandatory for auditing/alumni participants as well as students enrolled in the GBI course for credit.

*In accordance with Pepperdine University's enrollment and registrar policies, any student who does not fully attend and/or satisfy the prerequisites of a course or attend the first class session cannot remain in the course. Hence, failure to attend and/or satisfactorily participate in the orientation will result in dismissal from the program. If you are unable to attend the orientation due to a legitimate scheduling conflict, you must obtain approval from the lead professor and complete any additional deliverables as assigned.*

4. Complete Traveler Registration on Via TRM
After you have submitted your Liability Release Form and $250 deposit, you will receive instructions from the GBI program manager to complete additional traveler registration information on Via TRM.

*You will be required to upload a copy of your current passport. If you are in the process of applying for or renewing your passport, please notify your GBI program manager.*

5. Submit the **$3,250 Program Fee Balance**, due Monday, **January 6, 2025**

The remaining Program Fee Balance of $3,250 is due by Monday, January 6. This is also paid via credit or debit card on the secure Cashnet platform: https://commerce.cashnet.com/B_SYM-Global_Programs_SPR2025

Program Fee Balance Refund Policy: Please see the refund policy in the Liability Release Form and note the following dates.

- **January 6, 2025:** GBI Program Fee Balance ($3,250) is due.
- **January 20, 2025:** Full refund less non-refundable deposit available until 5:00 PM PST.
- **February 10, 2025:** 50% refund less non-refundable deposit available until 5:00 PM PST.

6. DO NOT BOOK FLIGHTS AT THIS TIME

This GBI program is still in development. Global Programs will inform you when you can book your flights and begin making travel arrangements.

**Recap of Next Steps:**
- Sign and submit your Liability Release Form
- Pay your $250 program deposit
- Please contact your Academic Advisor with any questions about how your enrollment in this course will impact your degree program
- Contact Financial Aid with any questions about funding options

Questions? Please email PGBSGlobalPrograms@pepperdine.edu.

Best regards,
Chloe



**Chloe Weatherill, MBA**
Interim Assistant Director
Global Programs
Diversity Advocate
Graziadio Business School